Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff Guru Denim, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., a California Corporation dba TRUE RELIGION BRAND JEANS,<br><br>    Plaintiff,<br>vs.<br><br>A&A INTERNATIONAL APPAREL INC., a California Corporation; GLITTER FASHION LLC, a California Limited Liability Company; ADNAN AKRAM, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 2:13-CV-03916 SVW (RZx)<br><br>**ORDER RE CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT A&A INTERNATIONAL APPAREL, INC.** |

WHEREAS Plaintiff Guru Denim, Inc. dba True Religion Brand Jeans and Defendant A&A International Apparel, Inc. ("Defendant A&A") have entered into a Settlement Agreement and Mutual Release as to the claims in the above referenced matter.  Defendants, having agreed to consent to the below terms, it is hereby

**ORDERED, ADJUDGED, and DECREED** as among the parties hereto that:

1.   This Court has jurisdiction over the parties to this Final Consent Decree and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2.   Plaintiff is the owner of the trademark registrations for word marks "TRUE RELIGION" (registrations include but are not limited to U.S. Reg. Nos. 3,628,973 and 3,162,614) and "TRUE RELIGION BRAND JEANS" (registrations

include but are not limited to U.S. Reg. Nos. 2,761,793 and 3,120,797), as well as various composite trademarks comprising said word marks and assorted design components (collectively "True Religion Marks").

    3.    Amongst the many True Religion Marks, one of the most well-known and recognized marks is the "U" Mark. True Religion has used the "U" Mark, and variations thereof, in association with the sale of goods, including jeans, jackets, and shorts, since as early as 2002. The "U" Mark was first registered at the U.S Patent and Trademark office in 2006. Since then, True Religion has used and registered and/or applied for registration of the "U" Mark and variations thereof (collectively "U" Marks) with the United States Patent and Trademark Office, which include *but are not limited to* the following.



U.S. Reg. No. 3,561,465       U.S. Reg. No. 3,147,244



U.S. Reg. No. 3,482,001       U.S. Reg. No. 3,561,466



U.S. Serial No. 85/328952       U.S. Reg. No. 3,561,705

    4.    Plaintiff has alleged that Defendant A&A's purchase, importation, distribution, advertisement, offering for sale, and sale of products which infringe upon

True Religion's "U" Marks constitute trademark infringement, trademark dilution, and unfair competition under the Lanham Trademark Act, and under the common law.

5. Defendant A&A and its agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Final Consent Decree are hereby permanently restrained and enjoined from infringing upon Plaintiff's trademarks either directly or contributorily in any manner, including:

(a) Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping or marketing goods bearing a mark or feature identical and/or confusingly similar to the True Religion Marks;

(b) Delivering, holding for sale, returning, transferring or otherwise moving, storing or disposing in any manner any products bearing marks identical and/or confusingly similar to Plaintiff's True Religion Marks;

(c) Using the True Religion Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise comprising not the genuine products of Plaintiff, or in any manner likely to cause others to believe that Defendant's products are connected with Plaintiff or Plaintiff's genuine merchandise;

(d) Committing any other acts calculated to cause purchasers to believe that Defendant's products are Plaintiff's genuine merchandise or associated with Plaintiff in any way;

(e) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 5(a) to 5(d) above.

6. Plaintiff and Defendant shall bear their own costs and attorneys' fees associated with this action.

7. The execution of this Consent Decree shall serve to bind and obligate the parties hereto.

8. This Stipulation is not intended to affect and should not be construed to affect Plaintiff's claims against any other parties in the Action.

9. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice as to Defendant A&A.

**IT IS SO ORDERED.**

DATED: February 24, 2014

_____
Hon. Stephen V. Wilson
**United States District Judge**