UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., <br><br> Plaintiff, <br><br> v. <br><br> A&A INTERNATIONAL APPAREL INC., et al., <br><br> Defendants. | Case No. CV 13-3916 SVW <br><br> JUDGMENT <br><br><br> JS - 6 |

Pursuant to the Court's order granting plaintiff's application for default judgment [Dkt 44], judgment is hereby entered against defendants Glitter Fashion LLC and Adnan Akram in the amount of $412,300.00.

DATE: February 24, 2014

_____
STEPHEN V. WILSON
United States District Judge